■ LISA M. BELL, Respondent, v ERIC J. BELL, Appellant. [821 NYS2d 544]—Appeal from an amended judgment of the Supreme

Court, Monroe County (Alex R. Renzi, A.J.), entered November 22, 2004. The amended judgment, among other things, distributed the marital assets.

It is hereby ordered that the amended judgment so appealed from be and the same hereby is unanimously affirmed without costs. Present—Hurlbutt, J.P., Scudder, Gorski and Green, JJ.